# Court of Appeals
# of the State of Georgia

ATLANTA,   July 29, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1129. HENDRIX v. THE STATE.**

The above case was docketed with this court on February 24, 2014. Appellant failed to file a brief and enumeration of errors within twenty (20) days of the docketing of the appeal as required by the Rules of this court. Appellant's brief and enumeration of errors were due to be filed no later than March 17, 2014. As of this date appellant has not filed a brief or enumeration of errors. He has also failed to request an extension of time. Accordingly, the appeal is hereby DISMISSED. *Davis v. State*, 255 Ga. App. 219 (564 SE2d 825) (2002); *Reese v. State*, 216 Ga. App. 773 (456 SE2d 271) (1995).

Mr. Hendrix, your appeal has been DISMISSED because you failed to file a brief and enumeration of errors. If you have decided you do not want to appeal, you need not do anything more. If, however, you do still want to appeal, you may have the right to an OUT-OF-TIME APPEAL -- but YOU MUST TAKE ACTION to exercise that right by moving for an out-of-time appeal in the trial court. If your motion for an out-of-time appeal is granted, the trial court should appoint an attorney for you if you want one and cannot pay for one. If your motion for an out-of-time appeal is denied, you may appeal that denial to this Court within thirty (30) days of the trial court's decision.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 07/29/2014
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*